

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT JAMES BAKER,<br><br>Defendant. | Case No.: **19MJ1799**<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about April 22, 2019, within the Southern District of California, defendant Herbert James BAKER, a person having been previously convicted of a crime punishable by imprisonment for a tern exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith & Wesson, Model 252, .45 caliber revolver bearing serial number N900561.

//

//

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Arnesha White
Special Agent, ATF

Sworn to me and subscribed in my presence this 2nd day of May, 2019.

_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

2

## PROBABLE CAUSE STATEMENT

On April 22, 2019, at approximately 2100 hours, El Cajon Police Department ("ECPD") officers were patrolling the area of Emerald Ave., and Chamberlain Ave., in the City of El Cajon, California. Officers received notification on their vehicle mounted license plate readers (LPR) for "FELONY WANTS' associated with white four door Infinity G35 bearing California license plate 8HCB408. The vehicle was parked and unoccupied on Emerald Ave., just south of Chamberlain Ave. Officers ran records checks on the vehicle using their in car computers. Records checks showed the vehicle as a "FELONY VEHICLE" "ARMED AND DANGEROUS." Records checks showed the vehicle was registered to Herbert James BAKER ("BAKER"). BAKER was a parolee at large and considered armed and dangerous.

Officers called for K-9 backup due to BAKERS criminal history and status as armed and dangerous. Officers set up surveillance and observed a subject matching the description of BAKER, walking towards the vehicle. Officers later identified the subject as BAKER. BAKER opened the passenger door of the vehicle, then started towards the driver door. Officers identified themselves, drew their firearms and commanded BAKER to get on the ground. BAKER then fled on foot. Officers pursued BAKER on foot while identifying themselves as police.

While pursuing BAKER, officers observed BAKER pull something out of his waistband with his right hand. Officers then observed a dark colored firearm in BAKER's right hand. Officers commanded BAKER to drop the firearm. As BAKER approached the driveway entrance of 629 Emerald, he dropped the firearm. As officer officers ran into the driveway of 629 Emerald Ave., they observed the firearm and requested other officers to secure the firearm. Officers located the Smith & Wesson, model 252, .45 caliber revolver bearing serial number N900561 sitting on the ground on Emerald Ave., in front of the driveway of 629 Emerald Ave. The firearm was fully loaded with six .45 caliber rounds of ammunition.

Officers continued pursuing BAKER and apprehended him in a sewage canal after BAKER resisted arrest. During the arrest, officers observed an empty black handgun holster on BAKER's waist.

Records checks on BAKER revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 1/2011 | CASC – San Diego | Cnt 1: PC 245(A)(1) – Assault w/ Deadly Weapon<br><br>Cnt: 3 HSC 11378 – Possesion of Controlle (F); | 4 years' 8 month' prison |
| 10/2014 | CASC – San Diego | Cnt 1 PC 29900(A)(1) - Poss of Firearm with Prior Violent Offense (F);<br>Cnt 2 PC 530.5 – Get Credit, Use Other's ID (F) | 32 months' prison |
| 3/4/2015 | CASC – San Diego | HSC 11378 – Possesion of Controlle (F) | 56 months' prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.